

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-13-00006-CV

_____

FIN & FEATHER CLUB, AND THROUGH TRUSTEE, KENNETH PARTEN, Appellant

V.

DALE LEANDER AND DON LEANDER, Appellees

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. 37293

Before Morriss, C.J., Carter and Moseley, JJ.

O  R  D  E  R

Fin & Feather Club, and through Trustee, Kenneth Parten, appellants, have filed a motion requesting this Court to combine the appellate record from cause number 06-10-00135-CV, styled *Dale Leander and Don Leander v. Fin & Feather Club, and through Trustee, Kenneth Parten*, with the record in this appeal. Appellants state that the information and documentation from the earlier appeal is useful and relevant to disposition of the issues they will raise in the present appeal. Thus the motion has been granted.

The clerk of this Court is ordered to transfer the clerk's and reporter's records in cause number 06-10-00135-CV to the appeal in cause number 06-13-00006-CV. *See* TEX. R. APP. P. 2.

IT IS SO ORDERED.

BY THE COURT

Date:   March 29, 2013